UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>          Plaintiff,<br>   v.<br>J. LEWIS, et al.,<br><br>          Defendants. | Case No. 18-00598 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983.[1] Plaintiff also filed a motion to proceed in forma pauperis ("IFP"). On January 29, 2018, the Clerk sent Plaintiff a notice that the IFP motion he filed was deficient, and that he needed to file a complete IFP motion within twenty-eight days or face dismissal. (Docket No. 6.) The deadline has passed and Plaintiff has not filed a complete IFP motion or paid the filing fee. Accordingly, Plaintiff's case is **DISMISSED** without prejudice.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:   3/19/2018

EDWARD J. DAVILA
United States District Judge

---

[1] On January 24, 2018, this matter was transferred to this Court from the Eastern District.

ORDER OF DISMISSAL
P:\PRO-SE\EJD\CR.18\00598Martinez_dism-ifp.docx